# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Riblet, Robin L. | Central District of California | 05/23/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge, Full Time | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

1415 State Street
Santa Barbara, CA 93101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Treasurer | Central Coast Chapter of the Federal Bar Association |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Trust #1 | F | Int./Div. | P1 | T | | | | | |
| 2. -A F L A C Inc | | | | | Sold | 09/22/11 | J | A | |
| 3. -Accenture CL A | | | | | Sold (part) | 12/02/11 | K | C | |
| 4. -AECOM Tech | | | | | Buy | 04/27/11 | K | | |
| 5. -Alcon Inc | | | | | Sold | 01/26/11 | K | D | |
| 6. -Apache Corp (8) | | | | | | | | | |
| 7. -Auto Data Processing | | | | | | | | | |
| 8. -Becton Dickinson & Co | | | | | | | | | |
| 9. -Berkshire Hathaway A | | | | | | | | | |
| 10. -Buckle Inc (19) | | | | | | | | | |
| 11. -CVS Carmark Corp. | | | | | Buy | 12/13/11 | K | | |
| 12. -Disney Walt Co | | | | | Sold (part) | 03/30/11 | K | D | |
| 13. -Dover Corp | | | | | | | | | |
| 14. -Emerson Electric | | | | | | | | | |
| 15. -Encana Corp | | | | | | | | | |
| 16. -Ensco Plc ADR | | | | | Sold | 09/22/11 | K | A | |
| 17. -Equifax Inc | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -GlaxoSmithKline PLC ADRF (3) | | | | | | | | | |
| 19. -I Shares TR Russell 2000 | | | | | | | | | |
| 20. -Intuit Inc | | | | | Sold | 10/28/11 | K | D | |
| 21. -Marathon Oil Corp | | | | | Buy | 07/13/11 | K | | |
| 22. -Matthews Asian Groth & Inc FD | | | | | | | | | |
| 23. -Medtronic Inc | | | | | | | | | |
| 24. -Microsoft Corp | | | | | | | | | |
| 25. -Mylan Laboratories Inc | | | | | | | | | |
| 26. -Nike Inc CL B | | | | | | | | | |
| 27. -Pepsico Inc | | | | | | | | | |
| 28. -Proctor & Gamble | | | | | | | | | |
| 29. -Sigma Aldrich Corp | | | | | | | | | |
| 30. -Spectra Energy Co | | | | | | | | | |
| 31. -Staples Inc | | | | | Sold | 04/19/11 | K | A | |
| 32. -Stryker Corp | | | | | | | | | |
| 33. -Synaptics Inc | | | | | | | | | |
| 34. -Sysco Corp | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -T J X Cos Inc. | | | | | | | | | |
| 36. -United Health Group Inc | | | | | | | | | |
| 37. -United Parcel Service B | | | | | | | | | |
| 38. -United Technologies Corp | | | | | | | | | |
| 39. -V F Corp (5) | | | | | | | | | |
| 40. -Verizon Communications | | | | | | | | | |
| 41. -Waste Management Inc Del | | | | | | | | | |
| 42. -Waters Corp | | | | | | | | | |
| 43. Trust #2 | D | Int./Div. | O | T | | | | | |
| 44. -A F L A C (6) | | | | | | | | | |
| 45. -Abbott Laboratories | | | | | | | | | |
| 46. -Accenture CL A (7) | | | | | | | | | |
| 47. -Air Products & Chemicals Inc | | | | | | | | | |
| 48. -Alcon Inc | | | | | | | | | |
| 49. -American Electric Power Co Inc Com | | | | | | | | | |
| 50. -B C D Inc FD | | | | | | | | | |
| 51. -Berkshire Hathaway Cl B | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Berkshire Hathaway Cl A | | | | | | | | | |
| 53. -Coca Cola Co | | | | | | | | | |
| 54. -Computer Science Corp | | | | | Buy | 03/02/11 | K | | |
| 55. | | | | | Sold | 06/02/11 | K | A | |
| 56. -Conoco Phillips | | | | | | | | | |
| 57. -Darden Restaurants Inc | | | | | Sold (part) | 08/11/11 | J | B | |
| 58. -Diageo PLC ADR | | | | | Sold (part) | 08/11/11 | J | C | |
| 59. -Emerson Electric | | | | | | | | | |
| 60. -Ensco Plc ADR | | | | | Sold | 09/22/11 | K | A | |
| 61. -Equifax Inc (11) | | | | | | | | | |
| 62. -Federated Municipal Securities | | | | | | | | | |
| 63. -First Bank & Trust Checking, Santa Barbara, CA | | | | | | | | | |
| 64. -Franklin California Tax-Free Inc Fnd Cl A | | | | | | | | | |
| 65. -Frontier Communications (X) | | | | | | | | | |
| 66. -Hasbro Inc | | | | | Sold | 09/22/11 | J | B | |
| 67. -Henry Jack & Assoc Inc | | | | | Sold (part) | 08/11/11 | J | B | |
| 68. | | | | | Sold | 11/17/11 | J | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Illinois Tool Works, Inc | | | | | | | | | |
| 70. -Intel Corp | | | | | | | | | |
| 71. -I Shares TR Russell 2000 | | | | | Sold (part) | 08/05/11 | K | D | |
| 72. | | | | | Sold (part) | 08/24/11 | J | C | |
| 73. -Japan Fund Class S (13) | | | | | | | | | |
| 74. -Johnson & Johnson | | | | | | | | | |
| 75. -Kinder Morgan Inc (14) | | | | | | | | | |
| 76. -Linear Technology Corp Del (15) | | | | | | | | | |
| 77. -Matthews Asian Groth & Inc FD | | | | | | | | | |
| 78. -Medtronics Inc | | | | | | | | | |
| 79. -Microsoft Corp. | | | | | | | | | |
| 80. -Norfolk Southern Corp | | | | | Sold (part) | 08/11/11 | J | D | |
| 81. -Pepsico Inc (16) | | | | | | | | | |
| 82. -Proctor & Gamble | | | | | | | | | |
| 83. -Sigma Aldrich Corp (16) | | | | | | | | | |
| 84. -Sysco Corp | | | | | | | | | |
| 85. -3M Co. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Teva Pharm Inds Ltd ADR | A | | | | Buy | 06/22/11 | K | | |
| 87. -Unitd Parcel Service B | | | | | | | | | |
| 88. -United Technologies Corp | | | | | | | | | |
| 89. -Verizon Comm. | | | | | | | | | |
| 90. -Waste Management Inc Del | | | | | | | | | |
| 91. -Willis PLC ADR | | | | | | | | | |
| 92. -Santa Barbara Bank & Trust #1 | | | | | | | | | |
| 93. -Santa Barbara Bank & Trust #2 | | | | | | | | | |
| 94. -Canadian Imperial Bank of Commerce | | | | | | | | | |
| 95. -Wells Fargo Bank, Santa Barbara, CA (18) | | | | | | | | | |
| 96. Charles Schwab IRA #2 | D | Int./Div. | P1 | T | | | | | |
| 97. -A F L A C Inc | | | | | Sold | 09/27/11 | K | A | |
| 98. -Accenture CL A (7) | | | | | Sold (part) | 12/02/11 | K | E | |
| 99. -Apache Corp (8) | | | | | | | | | |
| 100. -Auto Data Processing | | | | | | | | | |
| 101. -Becton Dickinson & Co | | | | | | | | | |
| 102. -CVS Carmark Corp. | | | | | Buy | 12/13/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Devon Energy Corp New | | | | | | | | | |
| 104. -Disney Walt Co | | | | | Sold (part) | 04/04/11 | K | D | |
| 105. -Dover Corp. | | | | | | | | | |
| 106. -Encana Corp (28) | | | | | | | | | |
| 107. -Ensco PLC ADR | | | | | | | | | |
| 108. -Equifax Inc (129) | | | | | | | | | |
| 109. -Equitable Resources Inc (110) | | | | | | | | | |
| 110. -Harris Corp (111) | | | | | | | | | |
| 111. -I Shares TR Russell (127) | | | | | | | | | |
| 112. -Intel Corp. | | | | | | | | | |
| 113. -Intuit Inc (113) | | | | | | | | | |
| 114. -Lab Corp of America ((114) | | | | | | | | | |
| 115. -Matthews Asian Growth & Income Fund | | | | | | | | | |
| 116. -Medtronic Inc | | | | | | | | | |
| 117. -Microsoft Corp. | | | | | | | | | |
| 118. -Mylan Laboratories Inc (115) | | | | | | | | | |
| 119. -Nike Inc CL B (116) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  -Pepsico Inc (117) | | | | | | | | | |
| 121.  -Schwab Value Advantage Money Fnd (X) | | | | | | | | | |
| 122.  -Sigma Aldrich Corp (118) | | | | | | | | | |
| 123.  -Spectra Energy Co (119) | | | | | | | | | |
| 124.  -Staples Inc | | | | | Sold | 04/19/11 | K | A | |
| 125.  -Stryker Corp (121) | | | | | | | | | |
| 126.  -Synaptics Inc | | | | | | | | | |
| 127.  -Sysco Corp | | | | | | | | | |
| 128.  -T J X Cos Inc. (122) | | | | | | | | | |
| 129.  -The Charles Schwab Corp (123) | | | | | | | | | |
| 130.  -United Health Group Inc (124) | | | | | | | | | |
| 131.  -United Parcel Service B (125) | | | | | | | | | |
| 132.  -United Technologies Corp (126) | | | | | | | | | |
| 133.  -Varian Medical Systems | | | | | | | | | |
| 134.  -Walgreen Co | | | | | | | | | |
| 135.  -Waters Corp (127) | | | | | | | | | |
| 136.  -Charles Schwab IRA #1 | | | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - 5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Berkshire Hathaway CL B | | | | | | | | | |
| 138. -Charles Schwab Money Market Fnd | | | | | | | | | |
| 139. -Charles Schwab Value Advantage Fd | | | | | | | | | |
| 140. -Intuit, Inc | | | | | | | | | |
| 141. -Microsoft Corp | | | | | | | | | |
| 142. -Quicksilver Inc | | | | | | | | | |
| 143. | | | | | | | | | |
| 144. | | | | | | | | | |
| 145. | | | | | | | | | |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |
| 151. | | | | | | | | | |
| 152. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Riblet, Robin L. | 05/23/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Code Abbreviations: a-buy is buy (add'l); p-sell is sold (part); T is Trust; VC is value code; GC is gain code; Value Method is VM

Amended 05/23/12

(3)  Incorrectly list in T1. Sold from T2 08/09/10  VCK GC A
(4)  Omitted in 2009 FDR; bought 04/08/09 VC K.
(5)  Omitted in 2009 FDR; a-buy 11/18/09 VC J.
(6)  Incorrectly listed in T1
(7)  Incorrectly listed in T2. Belongs in T1 and IRA2
(8)  Incorrectly listed in T2. Sold 02/19/08 from T1 & IRA2
(11)  Incorrectly listed in T2 instead of T1 & IRA2.  no transactions in 2011
(13)  Sold 11/26/08  VC J,  GC A
(14)  Sold 05/30/07  VC K, GC D
(15)  Sold 03/27/08  VC K, GC A
(16)  Incorrectly listed in T2 instead of T1 & IRA2.
(18)  Account  closed  05/10/11

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robin L. Riblet**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544